IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EMANGER LANDALE GILBERT, | ) | |
| AIS 316512, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:22-CV-9-RAH |
| JOSEPH H. HEADLEY, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On July 14, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 40.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. 40) is ADOPTED;

(2) The Motion for a Preliminary Injunction and Motion to Show Cause (Doc. 25) are DENIED;

(3) This case is referred to the Magistrate Judge for further proceedings.

DONE on this the 18th day of January, 2023.

 /s/ R. Austin Huffaker, Jr.
UNITED STATES DISTRICT JUDGE